JOSE C. PALLARES, ESQ.
720 E. Charleston Blvd. Suite 120
Las Vegas, NV 89104
Office 702.388.0568
Fax 702.933.0037
jcpallares@me.com
Attorney For Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>     Plaintiff, )<br>) <br>VS. )<br>)<br>VICTOR HUGO QUINTERO-ZEPEDA, )<br>)<br>     Defendants. ) | 2:15-mj-00256-VCF-2<br><br><br>MOTION TO SUBSTITUTE ATTORNEY |

   COMES NOW, Defendant Victor Hugo Quintero-Zepeda, and hereby moves to substitute Jose C. Pallares, Esq., as my attorney in place and stead of the Office Of The Federal Public Defender, as of March 13, 2015.


   /s/ Victor Hugo Quintero-Zepeda
   VICTOR HUGO QUINTERO-ZEPEDA


   I hereby acknowledge this substitution as of March 13, 2015.

        /s/ Paul Riddle
   DEPUTY FEDERAL PUBLIC DEFENDER


   I hereby accept this substitution as retained counsel as of March 13, 2015. I am duly admitted in this District.

      /s/ Jose C. Pallares, Esq.
       JOSE C. PALLARES, ESQ.

## ORDER

Jose C. Pallares, Esq., is hereby ordered substituted as counsel of record (retained) for defendant in place of the Office of the Federal Public Defender, (appointed) this 17th day of March, 2015.

_____
UNITED STATES MAGISTRATE JUDGE