DANIEL G. BOGDEN
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-0074-JAD-NJK |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| vs. | (Second Request) |
| VICTOR HUGO QUINTERO-ZEPEDA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Jose Pallares, Esq. counsel for defendant, that sentencing in the above-captioned matter currently scheduled to commence on Monday, August 15, 2016, at 9:00 a.m. be vacated and continued to a date and time convenient to all parties, but no earlier than 2 weeks.

This Stipulation is entered into for the following reason:

1. Counsel for the government is out of the District from August 15—26, 2016.

2. The parties agree to the continuance.

3. The defendant is not in custody and does not object to the continuance.

4. This is the second request to continue the sentencing.

DATED this the 22nd day of July, 2016.

                                              Respectfully submitted,

                                              DANIEL G. BOGDEN
                                              United States Attorney

                                              */s/ Susan Cushman*
                                              _____
                                              SUSAN CUSHMAN
                                              Assistant United States Attorney

                                              */s/ Jose Pallares*
                                              _____
                                              JOSE PALLARES
                                              Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:15-cr-0074-JAD-NJK |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE SENTENCING |
| VICTOR HUGO QUINTERO-ZEPEDA, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until August 29, 2016 at the hour of 10:00 a.m.

DATED this 25 day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

3